COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-306
-CV

IN RE TIMOTHY DEWAYNE TEMPLETON
 RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

We have considered “Relator’s Agreed Motion to Withdraw and Dismiss Mandamus.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss this original proceeding.  

PER CURIAM

PANEL B: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: January 9, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.